UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| DANIEL PEREZ, | Case No. 2:20-cv-02141-SVW-KS |
|---|---|
| Plaintiff, | Hon. Stephen Wilson |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: January 15, 2020 |

The Court, having considered the Parties' stipulation and finding good cause, orders:

1. Plaintiff Daniel Perez's entire action against Defendant Costco Wholesale Corporation, Case No. 2:20-cv-02141-SVW-KS, is dismissed with prejudice; and

2. Each Party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: August 28, 2020

_____
Hon. Stephen Wilson
United States District Judge

65475549v.1